1 Joshua W. Potter, Esq. (SBN: 101253)
**POTTER, COHEN & SAMULON**
2 3852 East Colorado Boulevard
3 Pasadena, CA 91107
Telephone: (626) 795-0681; Facsimile: (626) 795-0725
4
5 Attorney for Plaintiff, Nancy Robinson

FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ROBINSON, | Case No.: CV 12-10285-~~DDP~~(E) |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $6,000.00 for attorney fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 11/14/13

_____
THE HONORABLE ~~SUZANNE H. SEGAL~~ Charles F. Eick,
UNITED STATES MAGISTRATE JUDGE

-1-